■ MIGDALIA BADILLO, Appellant, v JACK DUSHEY et al., Respondents. (And a Third-Party Action.) [734 NYS2d 487] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Hutcherson, J.), dated September 14, 2000, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, with costs, the motion is denied, and the complaint is reinstated.

There are issues of fact requiring the denial of summary judgment. O'Brien, J. P., Florio, Schmidt and Smith, JJ., concur.